**No. P67/107.**—Louis Marx & Co., Inc., et al. *v.* United States, protests 64/15132, etc. (San Francisco).

OLIVER, J. In accordance with stipulation of counsel that the items of merchandise marked "B" or "C" covered by the foregoing protests

consists of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claims of the plaintiffs were sustained.

(NOTE: The following protests were decided by a special first division consisting of OLIVER, WATSON, and RAO, Judges.)